**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 98.198.89.102**

**ISP:** Comcast Cable
**Physical Location:** Katy, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/23/2018 17:48:48 | A36BE43CC7B01B0BA18C6205CFBCB3E3047B5669 | My First Video Is A Threesome |
| 09/23/2018 04:53:26 | 942D58D2133F4B83550E5C2CD91610F96212C11A | Surprise Sex For Three |
| 09/23/2018 04:44:48 | 84D042055565918C19A6D0019970A2AE1AE5C66B | Sexy Movies Cum Inside |
| 05/19/2018 14:25:36 | 3FEA27AC79BDFAB67B9F1A691656E4009D96FB14 | Invitation For Three |
| 11/30/2017 02:58:16 | 10E825EC3797EDCE323AEC2E4947A8A63DB8A0DC | Into The Lions Mouth |
| 11/24/2017 23:13:59 | F18974CF164FF12AA97E921F68A58AEF305CFAB6 | Little Firecracker |
| 11/05/2017 19:24:17 | 5600EFA13EB138B740FF3F497B75625C63B17EC7 | Russian Girls Are Perfection |
| 10/29/2017 18:59:14 | 63FAD17F9FEAA3AFAAAB309FD9B4BDDD51F39B4C | The Tightest Blonde |
| 10/01/2017 14:38:03 | 47AC22F561029F6B633C65756E50516D52497BEC | Sex In The Summertime |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

STX226