United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, § § Plaintiff, § VS. § JOHN DOE, § § Defendant. § | § § CIVIL ACTION NO. 4:18-CV-4423 § § § |

### ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**SIGNED** on this 15th day of March, 2019, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**